VARGAS, APPELLANT, *v.* THE REGISTRAR OF GUAYAMA, RESPONDENT.

APPEAL from a Decision of the Registrar of· Property Denying Admission to Record of a Judicial Deed of Sale of a Mortgage Credit.

No. 224.—Decided April 6, 1915.

Decided on the grounds set out in the opinions delivered in Cases Nos. 222 and 223, *Dumas* v. *The Registrar of Guayama, ante,* and *Monge* v. *The Registrar of Guayama, ante.*

*Mr. Salvador Picornell* for the appellant
Mr. Felipe Cuchí Arnau, the registrar, did not appear.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.